**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| NALCO COMPANY, ) | |
| ) | Civil Action No. _____ |
| Plaintiff, ) | |
| v. ) | |
| ASHLAND INC., ) | |
| Defendant. ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Nalco Company ("Nalco"), for its Complaint, states and alleges as follows:

**THE PARTIES**

1. Plaintiff, Nalco, is a corporation duly organized and existing under the laws of the State of Delaware and has a principal place of business at 1601 W. Diehl Road, Naperville, Illinois 60563-1198.

2. Defendant, Ashland Inc. ("Ashland"), is a corporation existing under the laws of the State of Kentucky, and has a principal place of business at 50 E. RiverCenter Blvd., Covington, KY 41012. Ashland Inc. is registered to do business in the State of Illinois with an agent for service of process at 208 South LaSalle St., Suite 814, Chicago, Illinois 60604.

3. Nalco and Ashland are both involved and active in the sale of chemical additives for industrial processes such as papermaking. Ashland has used and is currently selling for use by its papermaking customers pulp dewatering aids called Infinity™ through its commercial division Ashland Hercules Water Technology.

**JURISDICTION AND VENUE**

4. This is a claim of patent infringement arising under the Acts of Congress relating to patents, 35 U.S.C. §§ 271; 281-285.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Personal jurisdiction and venue in this District are proper under 28 U.S.C. § 1391 and 1400(b). Ashland Inc. has systematic and continuous contacts with the State of Illinois and this District. It is registered to do business in the State of Illinois with an agent for service of process at 208 South LaSalle St., Suite 814, Chicago, Illinois 60604.

**Count I**

**Direct Patent Infringement of U.S. Patent No. 6,706,144**

7. On March 16, 2004, United States Patent No. 6,706,144 entitled Method of Dewatering Pulp ("the '144 patent") was duly and legally issued to Plaintiff (formerly known as Ondeo Nalco Company) as assignee of the inventors Gary S. Furman, Jr. and James J. Svarz. Plaintiff is the owner of the entire right, title and interest in and to the '144 patent and has been the owner of the patent throughout the prod of Defendant's infringement and still is the owner thereof. The '144 patent is attached as Exhibit A.

8. Defendant's use of certain pulp processing aids or chemicals, including Infinity™ PK2726, directly infringes the '144 patent. Defendant has used and continues to use Infinity™ PK2726 in a process that infringes the '144 patent in at least one paper processing plant.

9. Plaintiff has provided Defendant notice by at least the filing of this Complaint.

10. Plaintiff has been damaged by Defendant's infringement of the '144 patent and will continue to be damaged in the future unless Defendant is permanently enjoined from infringing said patent.

## Count II
## Induced Patent Infringement of U.S. Patent No. 6,706,144

11. Upon information and belief, Defendant is, at least as of the date of this Complaint, also inducing, and will continue to induce, infringement of the '144 patent by offering to sell and selling Infinity™ PK2726 to pulp, paper and paperboard manufacturing customers for dewatering pulp in a manner that infringes the '144 patent. Defendant has instructed and continues to instruct customers, through Material Safety Data Sheets and personnel to use Infinity™ PK2726 in a process that infringes the '144 patent. Indeed, when used according to Defendant's own instructions, the use of Infinity™ PK2726 infringes the '144 patent. Defendant's on-site personnel have instructed Defendant's customers to use Infinity™ PK2726 in a process that infringes the '144 patent in at least one papermaking mill. A copy of Defendant's Material Safety Data Sheet for Infinity™ PK2726 is attached hereto as Exhibit B. It demonstrates that Defendant markets Infinity™ PK2726 to its customers and the public as a "Pulp Processing Aid." The MSDS also demonstrates that Infinity™ PK2726 includes ethoxylated alcohol and sulfonate – alkyl dodecylbenzene sulfonic acid, sodium salt –

both claimed in Nalco's patent. Defendant also has assisted and continues to assist those customers in using Infinity™ PK2726 in a process that infringes the '144 patent.

12. Defendant is and has been, at least as of the date of this Complaint, aware of the '144 patent and knows that its sale of Infinity™ PK2726 combined with its instructions for use of the same induces its customers to directly infringe the '144 patent. Defendant's knowledge of the '144 patent, combined with Defendant's instructions for use of Infinity™ PK2726 in a manner specified by the '144 patent, demonstrate that Defendant intended to induce its customers to infringe the '144 patent.

13. When using Infinity™ PK2726 as directed by Defendant, Defendant's customers identified above directly infringe the '144 patent by using Infinity™ PK2726 in a process that embodies the invention of the '144 patent.

14. Plaintiff has been damaged by Defendant's induced infringement of the '144 patent and will continue to be damaged in the future unless Defendant is permanently enjoined from inducing the infringement of said patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a. A judgment that Defendant has infringed and induced the infringement of United States Patent No. 6,706,144;

b. An injunction enjoining and restraining Defendant, its officers, directors, agents, servants, employees, customers, attorneys and all others acting under or through

it, directly or indirectly, from infringing and inducing the infringement of United States Patent No. 6,706,144;

  c. A judgment and order requiring Defendant to pay damages under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, with interest;

  d. A judgment and order directing Defendant to pay the costs of this action (including all disbursements) and attorney fees as provided by 35 U.S.C. § 285, with interest; and

  e. Such other and further relief as this Court may deem just and equitable

## DEMAND FOR A JURY TRIAL

Nalco hereby demands a trial by jury of all issues so triable.

Respectfully Submitted,

Date: July 26, 2013

s/Anthony R. Zeuli
Anthony R. Zeuli (IL #6231415)
Katherine E. Muller (IL #6302597)
Eric R. Chad (MN #388944)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax:  612.332.9081

David E. Morrison
Oscar Alcantara
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

OF COUNSEL:
Andrew D. Sorensen
ECOLAB INC.
655 Lone Oak Drive
Eagan, Minnesota  55121
andy.sorensen@ecolab.com

Benjamin E. Carlsen
NALCO COMPANY
1601 West Diehl Road
Naperville, IL 60563
bcarlsen@nalco.com

*Attorneys for Nalco Company*